UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                §
                                      §
SEPHUS, VERONICA R                    §   Case No. 07-15785 JHS
                                      §
            Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/30/2007 . The undersigned trustee was appointed on 08/30/2007 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $       18,008.91

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 18,008.91 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) (Page: 1)

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 10/01/2008 and the deadline for filing governmental claims was 10/01/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,444.23 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,444.23 , for a total compensation of $ 2,444.23 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 30.40 , for total expenses of $ 30.40 .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/01/2010        By:/s/RONALD R. PETERSON
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:       07-15785       Judge: JOHN D. SCHWARTZ          Trustee Name:                   RONALD R. PETERSON
Case Name:     SEPHUS, VERONICA R                              Date Filed (f) or Converted (c): 08/30/07 (f)
                                                               341(a) Meeting Date:             10/03/07
For Period Ending: 11/01/10                                    Claims Bar Date:                 10/01/08

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. SB 1 CREDIT UNION >>>CHECKING | 4.84 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. SB 1 CREDIT UNION >>>SAVINGS>>>JOINT WITH SON DONA | 5.11 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. JUDITH DAVIS LANDLORD>>>NO CASH VALUE | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. MISCELLANEOUS HOUSEHOLD ITEMS | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. NECESSARY WEARING APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. 1997 CHEVROLET CAVALIER>>>OVER 100 K MILES>>>DOES | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. 1/2 interest in Mother's Home (u) | 18,000.00 | 18,000.00 | | 18,000.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.91 | Unknown | | |
| TOTALS (Excluding Unknown Values) | $19,309.95 | $18,000.00 | | $18,008.91 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is in process of closing the case. Estimated TFR - 6/30/10.

RE PROP# 7---Mother got a reverse mortgage

LFORM1EXIST Form 101-7-TFR (10/1/2010) (Page: 3)                                                                                Ver: 16.00a

Page: 2
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 07-15785    Judge: JOHN D. SCHWARTZ | Trustee Name: RONALD R. PETERSON |
| Case Name: | SEPHUS, VERONICA R | Date Filed (f) or Converted (c): 08/30/07 (f) |
| | | 341(a) Meeting Date: 10/03/07 |
| | | Claims Bar Date: 10/01/08 |

Initial Projected Date of Final Report (TFR): 06/30/08    Current Projected Date of Final Report (TFR): 06/30/10

_____    Date: _____
RONALD R. PETERSON

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15785 -JDS | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | SEPHUS, VERONICA R | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******4752 | Account Number / CD #: | *******9925 Money Market Account (Interest Earn |
| For Period Ending: | 11/01/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/08 | 7 | Real Estate Servces Group, on behalf of Welles Fargo | | 1210-000 | 18,000.00 | | 18,000.00 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 18,000.13 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,000.27 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 18,000.43 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 18,000.82 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,001.27 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,001.72 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,002.18 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,002.64 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 18,003.08 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,003.53 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,003.98 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,004.44 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,004.89 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 18,005.30 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,005.77 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 18,006.21 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,006.66 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,007.11 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,007.56 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,008.02 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 18,008.46 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,008.91 |

Page Subtotals 18,008.91 0.00

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-15785 -JDS
Case Name: SEPHUS, VERONICA R
Taxpayer ID No: ******4752
For Period Ending: 11/01/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9925 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

COLUMN TOTALS                                    18,008.91        0.00        18,008.91
    Less: Bank Transfers/CD's                         0.00        0.00
Subtotal                                         18,008.91        0.00
    Less: Payments to Debtors                                     0.00
Net                                              18,008.91        0.00

                                                  NET          NET
                                              DEPOSITS    DISBURSEMENTS    ACCOUNT BALANCES

TOTAL - ALL ACCOUNTS
Money Market Account (Interest Earn - *******9925   18,008.91        0.00    18,008.91
                                                 ─────────    ─────────    ─────────
                                                 18,008.91        0.00    18,008.91
                                                 ═════════    ═════════    ═════════

                                              (Excludes Account  (Excludes Payments   Total Funds
                                                Transfers)         To Debtors)         On Hand

Page Subtotals                                      0.00           0.00

LFORM24  UST Form 101-7-TFR (10/1/2010) (Page: 6)                                    Ver: 16.00a

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-15785 JHS
Case Name: SEPHUS, VERONICA R
Trustee Name: RONALD R. PETERSON

Balance on hand $ 18,008.91

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 2,444.23 | $ 0.00 | $ 2,444.23 |
| Trustee Expenses: RONALD R. PETERSON | $ 30.40 | $ 0.00 | $ 30.40 |
| Attorney for Trustee Fees: Jenner & Block LLP | $ 8,698.00 | $ 0.00 | $ 8,698.00 |

Total to be paid for chapter 7 administrative expenses $ 11,172.63
Remaining Balance $ 6,836.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,049.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | $ 615.19 | $ 0.00 | $ 615.19 |
| 000002 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | $ 385.00 | $ 0.00 | $ 385.00 |
| 000003 | T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410 | $ 176.14 | $ 0.00 | $ 176.14 |
| 000004 | Ford Motor Credit Company LLC<br>c/o Bowman, Heintz, Boscia & Vician P.C.<br>8605 Broadway<br>Merrillville, In. 46410 | $ 3,671.90 | $ 0.00 | $ 3,671.90 |
| 000005 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 200.95 | $ 0.00 | $ 200.95 |

Total to be paid to timely general unsecured creditors      $ 5,049.18

Remaining Balance      $ 1,787.10

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 4.2 % pursuant to 11 U.S.C. § 726(a)(5). Fund available for interest are $ 720.48 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,066.62 .