**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SEPHUS, VERONICA R | § | Case No. 07-15785 JHS |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/21/2010 in Courtroom 680,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date Mailed: 11/23/2010 | By: UNITED STATES BANKRUPTCY COURT |
| | Clerk |

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
SEPHUS, VERONICA R § Case No. 07-15785 JHS
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 18,008.91 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 18,008.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 2,444.23 | $ 0.00 | $ 2,444.23 |
| Trustee Expenses: RONALD R. PETERSON | $ 30.40 | $ 0.00 | $ 30.40 |
| Attorney for Trustee Fees: Jenner & Block LLP | $ 8,698.00 | $ 0.00 | $ 8,698.00 |

Total to be paid for chapter 7 administrative expenses    $   11,172.63
Remaining Balance    $   6,836.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,049.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | $ 615.19 | $ 0.00 | $ 615.19 |
| 000002 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | $ 385.00 | $ 0.00 | $ 385.00 |
| 000003 | T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410 | $ 176.14 | $ 0.00 | $ 176.14 |
| 000004 | Ford Motor Credit Company LLC<br>c/o Bowman, Heintz, Boscia & Vician P.C.<br>8605 Broadway<br>Merrillville, In. 46410 | $ 3,671.90 | $ 0.00 | $ 3,671.90 |
| 000005 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 200.95 | $ 0.00 | $ 200.95 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,049.18 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Remaining Balance $ 1,787.10

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 4.2 % pursuant to 11 U.S.C. § 726(a)(5). Fund available for interest are $ 720.48 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,066.62 .

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley                 Page 1 of 2                   Date Rcvd: Nov 23, 2010
Case: 07-15785                Form ID: pdf006              Total Noticed: 37

The following entities were noticed by first class mail on Nov 25, 2010.
db           +Veronica R Sephus,    7641 S. Saginaw,    Apt. 3E,    Chicago, IL 60649-4532
aty          +Damita Buffington,    Damita Buffington & Associates, LLC,    1525 E 53rd Street  Suite 622,
               Chicago, IL 60615-4530
aty          +Michael J Kelly,    Jenner & Block LLP,    330 N Wasbash Ave,    Chicago, IL 60611-3586
tr           +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
11579958    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit,    POB 183853,    Arlington, TX 76096)
11579960      Arrow Financial Services,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
11579959      Arrow Financial Services,    c/o Bank One NODR,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
11579962     +Bay Area Credit Service Inc.,    c/o T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596
11579963     +Bowman, Heintz, Boscia & Vician,    c/o Ford Motor Credit Company,    8605 Broadway,
               Merrillville, IN 46410-5598
11579983    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Providian Financial,    Po Box 9180,    Pleasanton, CA 94566)
11579965      Credit Protection Association,    c/o Comcast,    Box 3002,    Southeastern, PA 19398-3002
11579966   ++++DENTAL PROFILE HYDEPARK,    1634 E 53RD ST STE 102,    CHICAGO IL  60615-4389
             (address filed with court: Dental Profile Hydepark,    1634 E. 53rd St.  Suite 101-102,
               Chicago, IL 60615)
11579967     +Drive Financial,    8585 N Stemmons Fwy Ste,    Dallas, TX 75247-3836
12508807     +Ford Motor Credit Company LLC,    c/o Bowman, Heintz, Boscia & Vician P.C.,    8605 Broadway,
               Merrillville, In 46410-7033
11579970     +Illinois Title Loan,    PO Box 500785,    Atlanta, GA 31150-0785
11579976    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO Financial Systems,    c/o MCI Telecommunications Inc,
               PO Box 41457,    Philadelphia, PA 19101-1457)
11579975    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: Nco Financial Svcs,    Po Box 41466,    Philadelphia, PA 19101)
11579972     +Mutual Hospital Services,    2525 N Shadeland Ave Ste,    Indianapolis, IN 46219-8700
11579977      NCO Financial Systems Inc.,    c/o Cottage Emergency Physicians,    PO BOx 15740,
               Wilmington, DE 19850-5740
11579973      National Action Financial Service,    c/o Chase,    PO Box 9027,    Buffalo, NY 14231-9027
11579974      National Action Financial Services,    c/o Charter One,    PO Box 9027,    Buffalo, NY 14231-9027
11579982     +PFG Of Minnesota,    c/o Americredit Corp.,    7825 Washington Ave. S, Ste. 310,
               Minneapolis, MN 55439-2424
11579978     +Payday Loan Store,    154 N. Wabash,    Chicago, IL 60601-3606
11579979      Penn Credit Corporation,    c/o Black Expressions,    PO Box 988,    Harrisburg, PA 17108-0988
11579980      Penn Credit Corporation,    c/o BMG Music Serive,    PO Box 988,    Harrisburg, PA 17108-0988
11579981      Pentagroup Financial LLC,    c/o Cingular,    PO Box 742209,    Houston, TX 77274-2209
11579986     +RMS,   c/o Applied Card,    260 E. Wentworth Ave.,    Saint Paul, MN 55118-3523
11579985     +Risk Management Alternatives Inc,    C/O Capital One,    P.O. Box 105236,    Atlanta, GA 30348-5236
11579987     +Robert M. Wolfberg,    c/o Payday Loan Store Of Illinois,    300 N. Elizabeth Ste 4E,
               Chicago, IL 60607-1144
12466063      T Mobile USA Inc,    Attn: Bankruptcy Dept.,    PO Box 53410,    Bellevue, Wa 98015-3410
11579989      Van Ru Credit Corporation,    150 S Sunnyslope,    Suite 108,    Brookfield, WI 53005-6461
The following entities were noticed by electronic transmission on Nov 24, 2010.
11579957     +E-mail/PDF: recoverybankruptcy@afninet.com Nov 24 2010 01:44:06     AFNI, Inc.,    c/o Cingular,
               PO Box 20939,    Ferndale, MI 48220-0939
11579961     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance,
               c/o Instant Cash Advance,    PO Box  2036,    Warren, MI 48090-2036
12409123     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
11579964      E-mail/Text: legalcollections@comed.com                                      ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
12532651      E-mail/Text: resurgentbknotifications@resurgent.com                              LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11579971     +E-mail/Text: resurgentbknotifications@resurgent.com                              Lvnv Funding,
               P.o. B  10584,    Greenville, SC 29603-0584
                                                                                                TOTAL: 6
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11579968*    +Drive Financial,    8585 N Stemmons Fwy Ste,    Dallas, TX 75247-3836
11579969    ##ICS Collection Service,    c/o Advanced Recovery Dept.,    Box 646,    Oak Lawn, IL 60454-0646
11579988    ##RPM,   c/o Pallino,    PO Box 768,    Bothell, WA 98041-0768
11579984   ##+Receivables Performanc,    1930 220th St Se Ste 101,    Bothell, WA 98021-8410
                                                                                                TOTALS: 0, * 1, ## 3
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: lhuley             Page 2 of 2              Date Rcvd: Nov 23, 2010
Case: 07-15785                Form ID: pdf006          Total Noticed: 37
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2010**                    **Signature:**  _/s/ Joseph Speetjens_