UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
SEPHUS, VERONICA R § Case No. 07-15785 JHS
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)   This case was originally filed under chapter   on            . The case was pending for    months.

5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Veronica Sephus | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R. PETERSON | | | | | |
| JENNER & BLOCK LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ASSET ACCEPTANCE LLC | | | | | |
| 000002 | ASSET ACCEPTANCE LLC | | | | | |
| 000004 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000005 | LVNV FUNDING LLC | | | | | |
| 000003 | T MOBILE USA INC | | | | | |
| | ASSET ACCEPTANCE LLC | | | | | |
| | ASSET ACCEPTANCE LLC | | | | | |
| | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| | LVNV FUNDING LLC | | | | | |
| | T MOBILE USA INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-15785 | Judge: JOHN H. SQUIRES | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SEPHUS, VERONICA R | | | Date Filed (f) or Converted (c): | 08/30/07 (f) |
| | | | | 341(a) Meeting Date: | 10/03/07 |
| For Period Ending: | 01/31/11 | | | Claims Bar Date: | 10/01/08 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. SB 1 CREDIT UNION >>>CHECKING | 4.84 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. SB 1 CREDIT UNION >>>SAVINGS>>>JOINT WITH SON DONA | 5.11 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. JUDITH DAVIS LANDLORD>>>NO CASH VALUE | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. MISCELLANEOUS HOUSEHOLD ITEMS | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. NECESSARY WEARING APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. 1997 CHEVROLET CAVALIER>>>OVER 100 K MILES>>>DOES | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. 1/2 interest in Mother's Home (u) | 18,000.00 | 18,000.00 | | 18,000.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.69 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $19,309.95 | $18,000.00 | | $18,009.69 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 11/22/10.

RE PROP# 7---Mother got a reverse mortgage

LFORM1EX

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 16.04e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 07-15785   Judge: JOHN H. SQUIRES | Trustee Name: RONALD R. PETERSON |
| Case Name: SEPHUS, VERONICA R | Date Filed (f) or Converted (c): 08/30/07 (f) |
| | 341(a) Meeting Date: 10/03/07 |
| | Claims Bar Date: 10/01/08 |

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

_____   Date: _____
RONALD R. PETERSON

LFORM1EX                                                                                     Ver: 16.04e
UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 07-15785 -JHS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | SEPHUS, VERONICA R | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9925 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4752 | | |
| For Period Ending: | 01/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/08 | 7 | Real Estate Servces Group, on behalf of Welles Fargo | | 1210-000 | 18,000.00 | | 18,000.00 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 18,000.13 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,000.27 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 18,000.43 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 18,000.82 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,001.27 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,001.72 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,002.18 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,002.64 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 18,003.08 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,003.53 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,003.98 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,004.44 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,004.89 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 18,005.30 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,005.77 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 18,006.21 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,006.66 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,007.11 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,007.56 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,008.02 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 18,008.46 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,008.91 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,009.36 |
| 12/23/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.33 | | 18,009.69 |
| 12/23/10 | | Transfer to Acct #*******0529 | Final Posting Transfer | 9999-000 | | 18,009.69 | 0.00 |

Page Subtotals     18,009.69     18,009.69

Ver: 16.04e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 07-15785 -JHS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | SEPHUS, VERONICA R | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9925 Money Market Account (Interest Earn |
| Taxpayer ID No | *******4752 | | |
| For Period Ending: | 01/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,009.69 | 18,009.69 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 18,009.69 | |
| | | | Subtotal | | 18,009.69 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,009.69 | 0.00 | |

Page Subtotals        0.00        0.00

Ver: 16.04e

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 3
Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15785 -JHS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | SEPHUS, VERONICA R | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0529  BofA - Checking Account |
| Taxpayer ID No: | *******4752 | | |
| For Period Ending: | 01/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/10 | | Transfer from Acct #*******9925 | Transfer In From MMA Account | 9999-000 | 18,009.69 | | 18,009.69 |
| 12/23/10 | 003001 | Ronald R. Peterson<br>Trustee<br>Jenner & Block | Trustee's compensation | | | 2,474.63 | 15,535.06 |
| | | | Fees             2,444.23 | 2100-000 | | | |
| | | | Expenses            30.40 | 2200-000 | | | |
| 12/23/10 | 003002 | Jenner & Block LLP<br>353 North Clark Street<br>Chicago, IL  60654 | Trustee Counsel's Fee | 3110-000 | | 8,698.00 | 6,837.06 |
| 12/23/10 | 003003 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | (1-1) 7701578 | | | 702.97 | 6,134.09 |
| | | | Claim             615.19 | 7100-000 | | | |
| | | | Interest            87.78 | 7990-000 | | | |
| 12/23/10 | 003004 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | (2-1) 28375380 | | | 439.95 | 5,694.14 |
| | | | Claim             385.00 | 7100-000 | | | |
| | | | Interest            54.95 | 7990-000 | | | |
| 12/23/10 | 003005 | T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410 | | | | 201.27 | 5,492.87 |
| | | | Claim             176.14 | 7100-000 | | | |
| | | | Interest            25.13 | 7990-000 | | | |
| 12/23/10 | 003006 | Ford Motor Credit Company LLC<br>c/o Bowman, Heintz, Boscia & Vician P.C.<br>8605 Broadway | | | | 4,195.85 | 1,297.02 |
| | | | Page Subtotals | | 18,009.69 | 16,712.67 | |

Ver: 16.04e

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-15785 -JHS |
| Case Name: | SEPHUS, VERONICA R |
| Taxpayer ID No: | *******4752 |
| For Period Ending: | 01/31/11 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0529  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Merrillville, In. 46410 | | | | | | |
| | | | Claim | 3,671.90 | 7100-000 | | | |
| | | | Interest | 523.95 | 7990-000 | | | |
| 12/23/10 | 003007 | LVNV Funding LLC | | | | | 229.62 | 1,067.40 |
| | | Resurgent Capital Services | | | | | | |
| | | PO Box 10587 | | | | | | |
| | | Greenville, SC 29603-0587 | | | | | | |
| | | | Claim | 200.95 | 7100-000 | | | |
| | | | Interest | 28.67 | 7990-000 | | | |
| 12/23/10 | 003008 | Veronica Sephus | Surplus to Debtor | | 8200-002 | | 1,067.40 | 0.00 |
| | | 7641 S. Saginaw | | | | | | |
| | | Apartment 3E | | | | | | |
| | | Chicago, Il. 60649 | | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 18,009.69 | 18,009.69 | 0.00 |
| Less:  Bank Transfers/CD's | 18,009.69 | 0.00 | |
| Subtotal | 0.00 | 18,009.69 | |
| Less:  Payments to Debtors | | 1,067.40 | |
| Net | 0.00 | 16,942.29 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********9925 | 18,009.69 | 0.00 | 0.00 |
| BofA - Checking Account - ********0529 | 0.00 | 16,942.29 | 0.00 |
| | 18,009.69 | 16,942.29 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1,297.02

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-15785 -JHS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | SEPHUS, VERONICA R | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0529  BofA - Checking Account |
| Taxpayer ID No: | *******4752 | | |
| For Period Ending: | 01/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*